# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

NITISH S. BANGALORE, *et al.*,

    Plaintiff,

v.

FROEDTERT HEALTH, INC., THE BOARD
OF DIRECTORS OF FROEDTERT HEALTH,
INC., and FROEDTERT HEALTH, INC.
BENEFIT PLAN COMMITTEE,

    Defendants.

Case No. 2:20-cv-00893

Hon. Pamela Pepper

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants Froedtert Health, Inc., Froedtert Health, Inc. Board of Directors, and Benefit Plan Committee (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiff Nitish S. Bangalore's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

For the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, the Court should dismiss the Class Action Complaint in its entirety and with prejudice because Plaintiff lacks Article III standing to assert certain of his claims and because the Class Action Complaint fails to state any plausible claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request that the Court dismiss the Class Action Complaint with prejudice.

1

Dated: September 4, 2020                                    Respectfully submitted,

*/s/ Nancy G. Ross*
Nancy G. Ross
Richard E. Nowak
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
nross@mayerbrown.com
rnowak@mayerbrown.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Nancy G. Ross*
Nancy G. Ross