UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

NITISH S. BANGALORE, *et al.*,

    Plaintiff,

v.

FROEDTERT HEALTH, INC., THE BOARD
OF DIRECTORS OF FROEDTERT HEALTH,
INC., and FROEDTERT HEALTH, INC.
BENEFIT PLAN COMMITTEE,

    Defendants.

Case No. 2:20-cv-00893

Hon. Pamela Pepper

## INDEX OF EXHIBITS

**Exhibit 1 –** 2014 Form 5500 (Froedtert Health, Inc. 403(b) Plan)

**Exhibit 2 –** 2018 Form 5500 (Froedtert Health, Inc. 403(b) Plan)

**Exhibit 3 –** Plaintiff Nitish S. Bangalore's Plan Account Statements and Investment Allocations