# EXHIBIT 1

## Form 5500

**Department of the Treasury**
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

### 2014

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2014 or fiscal plan year beginning 01/01/2014 and ending 12/31/2014

**A** This return/report is for:
☐ a multiemployer plan;
☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions); or
☒ a single-employer plan;
☐ a DFE (specify) ____

**B** This return/report is:
☐ the first return/report;
☐ the final return/report;
☐ an amended return/report;
☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:
☒ Form 5558;
☐ automatic extension;
☐ the DFVC program;
☐ special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan
FROEDTERT HEALTH, INC. 403(B) PLAN

**1b** Three-digit plan number (PN) ▶ 003

**1c** Effective date of plan
02/01/2001

**2a** Plan sponsor's name and address; include room or suite number (employer, if for a single-employer plan)
FROEDTERT HEALTH, INC.

9200 WEST WISCONSIN AVE Milwaukee, WI 53226

**2b** Employer Identification Number (EIN)
39-2014409

**2c** Plan Sponsor's telephone number
(414)777-1986

**2d** Business code (see instructions)
622000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature | 09/23/2015 | JEFFREY VAN DE KREEKE |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |

| SIGN HERE | | | |
|---|---|---|---|
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

| SIGN HERE | | | |
|---|---|---|---|
| | Signature of DFE | Date | Enter name of individual signing as DFE |

| Preparer's name (including firm name, if applicable) and address (include room or suite number) (optional) | Preparer's telephone number (optional) |
|---|---|
| | |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

**Form 5500 (2014)**
v. 140124

| | | | |
|---|---|---|---|
| **3a** | Plan administrator's name and address ☒ Same as Plan Sponsor | **3b** | Administrator's EIN |
| | | **3c** | Administrator's telephone number |
| **4** | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b** | EIN |
| **a** | Sponsor's name | **4c** | PN |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 11,180 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ................................ | **6a(1)** | 9,285 |
| **a(2)** | Total number of active participants at the end of the plan year ................................ | **6a(2)** | 9,858 |
| **b** | Retired or separated participants receiving benefits ................................ | **6b** | 31 |
| **c** | Other retired or separated participants entitled to future benefits................................ | **6c** | 1,986 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. ................................ | **6d** | 11,875 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ................. | **6e** | 32 |
| **f** | Total. Add lines **6d** and **6e**. ................................ | **6f** | 11,907 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | 10,141 |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested. | **6h** | 332 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F  2G  2L  2M  2R  2T  3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | |
|---|---|---|---|
| **9a** | Plan funding arrangement (check all that apply) | **9b** | Plan benefit arrangement (check all that apply) |
| **(1)** ☒ | Insurance | **(1)** ☒ | Insurance |
| **(2)** ☐ | Code section 412(e)(3) insurance contracts | **(2)** ☐ | Code section 412(e)(3) insurance contracts |
| **(3)** ☒ | Trust | **(3)** ☒ | Trust |
| **(4)** ☐ | General assets of the sponsor | **(4)** ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| | | | | |
|---|---|---|---|---|
| **a** | **Pension Schedules** | **b** | **General Schedules** | |
| **(1)** ☒ | **R** (Retirement Plan Information) | **(1)** ☒ | **H** (Financial Information) | |
| **(2)** ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | **(2)** ☐ | **I** (Financial Information – Small Plan) | |
| | | **(3)** ☒ | **C** (Insurance Information) | 1 |
| | | **(4)** ☒ | **C** (Service Provider Information) | |
| **(3)** ☐ | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | **(5)** ☒ | **D** (DFE/Participating Plan Information) | |
| | | **(6)** ☐ | **G** (Financial Transaction Schedules) | |

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .........................……….…… ☐ Yes ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……...... ☐ Yes ☐ No

**11c** Enter the Receipt Confirmation Code for the 2014 Form M-1 annual report. If the plan was not required to file the 2014 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

| SCHEDULE A<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2014**<br><br>**This Form is Open to Public Inspection** |

| For calendar plan year 2014 or fiscal plan year beginning | 01/01/2014 | and ending | 12/31/2014 |

| **A** Name of plan<br>FROEDTERT HEALTH, INC. 403(B) PLAN | **B** Three-digit plan number (PN) ▶ | 003 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>FROEDTERT HEALTH, INC. | **D** Employer Identification Number (EIN)<br>39-2014409 |

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |

**1** Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069257 | 10141 | 01/01/2014 | 12/31/2014 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid. List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
| | |

**3** Persons receiving commissions and fees. (Complete as many entries as needed to report all persons).

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Schedule A (Form 5500) 2014
v. 140124

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| Part II | **Investment and Annuity Contract Information** |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| **4** | Current value of plan's interest under this contract in the general account at year end........................... | **4** | |
|---|---|---|---|
| **5** | Current value of plan's interest under this contract in separate accounts at year end............................ | **5** | 23,828,850 |

**6** Contracts With Allocated Funds:

   **a**  State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier................................................................. | **6b** | |
| **c** | Premiums due but unpaid at the end of the year..................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ........................................ | **6d** | |

      Specify nature of costs ▶

   **e**  Type of contract:  (1) ☐ individual policies    (2) ☐ group deferred annuity

      (3) ☐ other (specify) ▶

   **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here   ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   **a**  Type of contract:    (1) ☐ deposit administration    (2) ☐ immediate participation guarantee

                     (3) ☐ guaranteed investment    (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year.......................................................... | **7b** | |
| **c** | Additions:  (1) Contributions deposited during the year............................... | **7c(1)** | |
| | (2) Dividends and credits ................................................ | **7c(2)** | |
| | (3) Interest credited during the year ................................. | **7c(3)** | |
| | (4) Transferred from separate account............................... | **7c(4)** | |
| | (5) Other (specify below) ................................................ | **7c(5)** | |
| | ▶ | | |
| | (6)Total additions.......................................................................... | **7c(6)** | |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ........................................ | **7d** | |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier........................... | **7e(2)** | |
| | (3) Transferred to separate account................................... | **7e(3)** | |
| | (4) Other (specify below) ................................................ | **7e(4)** | |
| | ▶ | | |
| | (5) Total deductions ...................................................................... | **7e(5)** | |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**) .......................... | **7f** | |

| Part III | Welfare Benefit Contract Information |
|---|---|
|  | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision) **b** ☐ Dental **c** ☐ Vision **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness) **f** ☐ Long-term disability **g** ☐ Supplemental unemployment **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible) **j** ☐ HMO contract **k** ☐ PPO contract **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received................................................................ | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid.................................. | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve .......................... | **9a(3)** | | |
| (4) Earned (**(1)** + **(2)** - **(3)**)........................................................................ | | **9a(4)** | |
| **b** Benefit charges (1) Claims paid .................................................................. | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves ............................................. | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**)................................................... | | **9b(3)** | |
| (4) Claims charged ............................................................................. | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions............................................................... | **9c(1)(A)** | | |
| (B) Administrative service or other fees................................. | **9c(1)(B)** | | |
| (C) Other specific acquisition costs....................................... | **9c(1)(C)** | | |
| (D) Other expenses............................................................. | **9c(1)(D)** | | |
| (E) Taxes.......................................................................... | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies........................... | **9c(1)(F)** | | |
| (G) Other retention charges................................................. | **9c(1)(G)** | | |
| (H) Total retention............................................................... | | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.)......... | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ................ | | **9d(1)** | |
| (2) Claim reserves ............................................................................ | | **9d(2)** | |
| (3) Other reserves ............................................................................ | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.)............................... | | **9e** | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier ............................................................... | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount........................... | **10b** | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............   ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 8 of 81   Document 16-2

| SCHEDULE C (Form 5500) | Service Provider Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA). | **2014** |
| Department of Labor Employee Benefits Security Administration | ▶ **File as an attachment to Form 5500.** | **This Form is Open to Public Inspection.** |
| Pension Benefit Guaranty Corporation | | |

For calendar plan year 2014 or fiscal plan year beginning 01/01/2014 and ending 12/31/2014

**A** Name of plan
FROEDTERT HEALTH, INC. 403(B) PLAN

**B** Three-digit plan number (PN) ▶ 003

**C** Plan sponsor's name as shown on line 2a of Form 5500
FROEDTERT HEALTH, INC.

**D** Employer Identification Number (EIN)
39-2014409

---

## Part I    Service Provider Information (see instructions)

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year.  If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................ ☒ Yes ☐ No

**b**  If you answered line 1a  "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| TRANSAMERICA RETIREMENT SOLUTIONS<br><br>13-3689044 |

| **(b)** Enter name and EIN or address of person who provided you disclosure on eligible indirect compensation |
|---|
| CHARLES SCHWAB & CO, INC.<br><br>94-1737782 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500**

Schedule C (Form 5500) 2014
v.140124

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

## 2. Information on Other Service Providers Receiving Direct or Indirect Compensation.  Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 494,838 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

NATIONAL FINANCIAL SERVICES

04-3523567

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 33 71 | SECURITIES BROKER | 0 | Yes ☒  No ☐ | Yes ☐  No ☒ | 0 | Yes ☒  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

QUARLES & BRADY LLP

39-0432630

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 29 50 | LEGAL | 18,195 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

## 2. Information on Other Service Providers Receiving Direct or Indirect Compensation.

Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| (a) Enter name and EIN or address (see instructions) |
|---|

SCHENCK BUSINESS SOLUTIONS

39-1173131

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 10 50 | ACCOUNTANT | 10,850 | Yes ☐ No ☒ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| (a) Enter name and EIN or address (see instructions) |
|---|

CHARLES SCHWAB & CO, INC.

94-1737782

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 2,096 | Yes ☒ No ☐ | Yes ☒ No ☐ | 0 | Yes ☒ No ☐ |

| (a) Enter name and EIN or address (see instructions) |
|---|

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON    4151 AMON CARTER BLVD MD 2450 FORT WORTH, TX 76155 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS    5300 ROBIN HOOD ROAD NORFOLK, VA 23513 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BARON    767 FIFTH AVE 49TH FL NEW YORK, NY 10153 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA                 245 SUMMER STREET FLOOR 3 BOSTON, MA 2210 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE               1345 AVENUE OF THE AMERICAS NEW YORK, NY 53202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO                      1345 AVENUE OF THE AMERICAS NEW YORK, NY 2021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| Part I | Service Provider Information (continued) |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| T ROWE PRICE | 100 EAST PRATT STREET BALTIMORE, MD 7102 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| WELLS FARGO | 30 DAN ROAD CANTON, MA 80203 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| AMERICAN BEACON | 4151 AMON CARTER BLVD MD 2450 FORT WORTH, TX 76155 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS     5300 ROBIN HOOD ROAD<br>NORFOLK, VA 23513 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BARON     767 FIFTH AVE 49TH FL<br>NEW YORK, NY 10153 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA     245 SUMMER STREET<br>FLOOR 3<br>BOSTON, MA 2210 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **Part I** | **Service Provider Information** (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE             1345 AVENUE OF THE AMERICAS NEW YORK, NY 53202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO             1345 AVENUE OF THE AMERICAS NEW YORK, NY 2021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE             100 EAST PRATT STREET BALTIMORE, MD 7102 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **Part I** | **Service Provider Information** (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO      30 DAN ROAD<br>CANTON, MA 80203 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AFTERSHOCK      C/O GEMINI FUND SERVICES, LLC<br>17605 WRIGHT STREET SUITE 2<br>OMAHA, NE 68130 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AKRE<br><br>54-1968332 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANCEBERNSTEIN<br><br>13-3191825 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS<br><br>06-1349805 | RANGE OF 0.35 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALPINE<br><br>13-3982412 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON<br><br>75-2401150 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RANGE OF 0.28 - 0.35% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMG FUNDS<br><br>06-1555943 | RANGE OF 0.40 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| ARTISAN | | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |
| 39-1811840 | | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| ASTON | | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |
| 20-4747475 | | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- | --- |
| AVENUE CAPITAL GROUP | 399 PARK AVENUE 6TH FLOOR NEW YORK, NY 10022 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BARON CAPITAL GROUP<br><br>13-3122938 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BIONDO INVESTMENT ADVISOR    540 US-209<br>                             MILFORD, PA 18337 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BLACKROCK<br><br>04-6171663 | RANGE OF 0.40 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| Part I | Service Provider Information (continued) |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| BROWN ADVISORY FUNDS<br><br>52-1952888 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| BUFFALO      C/O U.S BANK CORP FUND SERVICES<br>P.O BOX 701<br>MILWAUKEE, WI 53201 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| CALAMOS<br><br>36-3316238 | RANGE OF 0.40 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| CATALYST MUTUAL FUNDS     36 NEW YORK AVENUE<br>2ND FLORE<br>HUNTINGTON, NY 11743 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COHEN & STEERS<br><br>14-1904657 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA<br><br>93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DELAWARE INVESTMENTS   2005 MARKET STREET   PHILADELPHIA, PA 19103 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DEUTSCHE ASSET & WEALTH MNGT   13-3241232 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIAMOND HILL FUNDS   31-6547095 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DOUBLELINE      333 SOUTH GRAND AVENUE 18TH FLOOR LOS ANGELES, CA 90071 | RATE OF 0.36% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DREYFUS      144 GLENN CURTISS BLVD UNIONDALE, NY 11556 | RATE OF 0.48% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DRIEHAUS 20-3634295 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE<br><br>04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EVENTIDE FUNDS     17605 WRIGHT STREET<br>     OMAHA, NE 68130 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FEDERATED<br><br>25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIDELITY INVESTMENTS<br><br>06-1194217 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE<br><br>13-3392291 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FMI FUNDS<br><br>39-1861095 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FORWARD FUNDS<br><br>23-2696899 | RANGE OF 0.40 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FRANKLIN TEMPLETON INVESTMENTS<br><br>94-3167260 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS          3414 PEACHTREE ROAD NE<br>                       SUITE 600<br>                       ATLANTA, GA 30326 | RANGE OF 0.40 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GUGGENHEIM INVESTMENTS    PO BOX 758567 TOPEKA, KS 66675 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARBOR<br><br>04-2679462 | RATE OF 0.43% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS<br><br>13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HEARTLAND<br><br>39-1572323 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENDERSON GLOBAL<br><br>06-1217855 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY<br><br>68-0377264 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HODGES<br><br>75-2278918 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HUBER FUNDS     615 E. MICHIGAN STREET<br>THIRD FLOOR<br>MILWAUKEE, WI 53202 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ICON FUNDS<br><br>75-2676133 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ING FUNDS<br><br>95-4516049 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INVESCO<br><br>58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JOHN HANCOCK<br><br>04-3483032 | RANGE OF 0.10 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JPMORGAN<br><br>13-2624428 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| KINETICS<br><br>13-3878346 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

---

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAUDUS FUNDS<br><br>94-3106735 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD     30 ROCKEFELLER PLAZA<br>57TH FLOOR<br>NEW YORK, NY 10112 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LORD ABBETT<br><br>13-3731507 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MAINSTAY<br><br>52-2206685 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MARSICO INVESTMENT FUND    1200 17TH STREET<br>SUITE 1600<br>DENVER, CO 80202 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEW 25<br><br>23-2804868 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information** (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS<br><br>94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MERGER<br><br>13-3036274 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MERK FUNDS<br><br>01-0516963 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS<br><br>95-4597302 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS<br><br>04-3253929 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MUTUALHEDGE      47 HULFISH ST<br>STE 510<br>PRINCETON, NJ 8542 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information** (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NATIXIS FUNDS<br><br>04-3200027 | RANGE OF 0.35 - 0.55% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN<br><br>13-3216325 | RANGE OF 0.29 - 0.35% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK ASSOCIATES      1290 BROADWAY<br>SUITE 1100<br>DENVER, CO 80203 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK<br><br>04-3276558 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OBERWEIS      3333 WARENVILLE RD<br>SUITE 500<br>LISLE, IL 60532 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS<br><br>13-2527171 | RANGE OF 0.08 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PARNASSUS<br><br>94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PAX WORLD<br><br>02-0280580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PERRITT<br><br>04-3788672 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PROFUNDS<br><br>52-2035194 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRUDENTIAL INVESTMENTS<br><br>22-3703799 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PUTNAM<br><br>36-4488942 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| REYNOLDS<br><br>11-2558102 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERNORTH FUNDS     325 NORTH LASALLE STREET SUITE 645 CHICAGO, IL 60654 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERPARK FUNDS    PO BOX 219008 KANSAS CITY, MO 64105 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RYDEX FUNDS    805 KING FARM BOULEVARD ROCKVILLE, MD 20850 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS    94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

| **Part I** | **Service Provider Information** (continued) |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SMEAD FUNDS<br><br>26-0218243 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE<br><br>52-2264646 | RATE OF 0.04% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VOYA<br><br>95-4516049 | RANGE OF 0.30 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WASATCH<br><br>87-0319391 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO ADVANTAGE<br><br>41-0449260 | RATE OF 0.55% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WESTCORE     1290 BROADWAY<br>    SUITE 1100<br>    DENVER, CO 80203 | RATE OF 0.30% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO, INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WESTWOOD<br><br>04-1983910 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |
|---|---|

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)** (complete as many entries as needed) |
|---|---|

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| SCHEDULE D<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2014**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2014 or fiscal plan year beginning 01/01/2014 | and ending 12/31/2014 | |
|---|---|---|
| **A** Name of plan<br>FROEDTERT HEALTH, INC. 403(B) PLAN | **B** Three-digit plan number (PN) ▶ | 003 |
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>FROEDTERT HEALTH, INC. | **D** Employer Identification Number (EIN)<br>39-2014409 | |

| **Part I** | Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: GUARANTEED POOLED ACCOUNT FUND

**b** Name of sponsor of entity listed in (a): TRANSAMERICA FINANCIAL LIFE INS CO

| **c** EIN-PN 36-6071399/005 | **d** Entity code P | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 23,828,850 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
|---|---|---|---|

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.  Schedule D (Form 5500) 2014<br>v. 140124

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 50 of 81   Document 16-2

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| Part II | Information on Participating Plans (to be completed by DFEs) |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

## SCHEDULE H
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2014

**This Form is Open to Public Inspection**

For calendar plan year 2014 or fiscal plan year beginning 01/01/2014 and ending 12/31/2014

**A** Name of plan
FROEDTERT HEALTH, INC. 403(B) PLAN

**B** Three-digit plan number (PN) ▶ 003

**C** Plan sponsor's name as shown on line 2a of Form 5500
FROEDTERT HEALTH, INC.

**D** Employer Identification Number (EIN)
39-2014409

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash .................................................. | 1a | 340,460 | 295,597 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions.......................................................... | 1b(1) | 22,381,253 | 24,566,201 |
| (2) Participant contributions....................................................... | 1b(2) | | 1,056,117 |
| (3) Other................................................................................... | 1b(3) | 2,546 | 4,878 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit)............................................................. | 1c(1) | 269,779 | 487,929 |
| (2) U.S. Government securities .................................................. | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred ........................................................................ | 1c(3)(A) | | |
| **(B)** All other ......................................................................... | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred ........................................................................ | 1c(4)(A) | | |
| **(B)** Common ......................................................................... | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ...................................... | 1c(5) | | |
| (6) Real estate (other than employer real property)................... | 1c(6) | | |
| (7) Loans (other than to participants) ....................................... | 1c(7) | | |
| (8) Participant loans ................................................................. | 1c(8) | 4,012,796 | 4,676,222 |
| (9) Value of interest in common/collective trusts ...................... | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ................... | 1c(10) | 21,569,445 | 23,828,850 |
| (11) Value of interest in master trust investment accounts ......... | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities................... | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)................................................................ | 1c(13) | 385,090,545 | 443,228,148 |
| (14) Value of funds held in insurance company general account (unallocated contracts)........................................................... | 1c(14) | | |
| (15) Other.................................................................................. | 1c(15) | 4,891,523 | 6,391,634 |

| 1d Employer-related investments: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| (1) Employer securities | 1d(1) | | |
| (2) Employer real property | 1d(2) | | |
| e Buildings and other property used in plan operation | 1e | | |
| f Total assets (add all amounts in lines 1a through 1e) | 1f | 438,558,347 | 504,535,576 |

## Liabilities

| | | | |
|---|---|---|---|
| g Benefit claims payable | 1g | | |
| h Operating payables | 1h | | |
| i Acquisition indebtedness | 1i | | |
| j Other liabilities | 1j | | |
| k Total liabilities (add all amounts in lines 1g through1j) | 1k | | |

## Net Assets

| | | | |
|---|---|---|---|
| l Net assets (subtract line 1k from line 1f) | 1l | 438,558,347 | 504,535,576 |

## Part II   Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **a Contributions:** | | | |
| (1) Received or receivable in cash from: (A) Employers | 2a(1)(A) | 24,569,333 | |
| (B) Participants | 2a(1)(B) | 34,413,631 | |
| (C) Others (including rollovers) | 2a(1)(C) | 7,360,470 | |
| (2) Noncash contributions | 2a(2) | | |
| (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | 2a(3) | | 66,343,434 |
| **b Earnings on investments:** | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | 19 | |
| (B) U.S. Government securities | 2b(1)(B) | | |
| (C) Corporate debt instruments | 2b(1)(C) | | |
| (D) Loans (other than to participants) | 2b(1)(D) | | |
| (E) Participant loans | 2b(1)(E) | 177,093 | |
| (F) Other | 2b(1)(F) | | |
| (G) Total interest. Add lines 2b(1)(A) through (F) | 2b(1)(G) | | 177,112 |
| (2) Dividends: (A) Preferred stock | 2b(2)(A) | | |
| (B) Common stock | 2b(2)(B) | | |
| (C) Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 7,856,328 | |
| (D) Total dividends. Add lines 2b(2)(A), (B), and (C) | 2b(2)(D) | | 7,856,328 |
| (3) Rents | 2b(3) | | |
| (4) Net gain (loss) on sale of assets:  (A) Aggregate proceeds | 2b(4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | 2b(4)(C) | | |
| (5) Unrealized appreciation (depreciation) of assets: (A) Real estate | 2b(5)(A) | | |
| (B) Other | 2b(5)(B) | | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | 2b(5)(C) | | |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts | 2b(6) | | |
| **(7)** Net investment gain (loss) from pooled separate accounts | 2b(7) | | 394,192 |
| **(8)** Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | 17,587,287 |
| **c** Other income | 2c | | 218,827 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | 2d | | 92,577,180 |

## Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers | 2e(1) | 29,281,005 | |
| **(2)** To insurance carriers for the provision of benefits | 2e(2) | | |
| **(3)** Other | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** | 2e(4) | | 29,281,005 |
| **f** Corrective distr butions (see instructions) | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | 2g | | |
| **h** Interest expense | 2h | | |
| **i** Administrative expenses:  **(1)** Professional fees | 2i(1) | 33,987 | |
| **(2)** Contract administrator fees | 2i(2) | | |
| **(3)** Investment advisory and management fees | 2i(3) | | |
| **(4)** Other | 2i(4) | 154,378 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** | 2i(5) | | 188,365 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | 2j | | 29,469,370 |

## Net Income and Reconciliation

| | | | (b) Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** | 2k | | 63,107,810 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan | 2l(1) | | 2,869,419 |
| **(2)** From this plan | 2l(2) | | |

---

## Part III  Accountant's Opinion

**3**  Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified    **(2)** ☐ Qualified    **(3)** ☒ Disclaimer    **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?    ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: SCHENCK SC                                    **(2)** EIN: 39-1173131

**d** The opinion of an independent qualified public accountant is **not  attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.    **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

## Part IV  Compliance Questions

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contr butions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) | 4a | | X | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollect ble? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

| | | Yes | No | Amount |
|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectble? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ............................ **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.).................................................................................................... **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? **4e** | X | | 5,000,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................................. **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?..................................... **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?......... **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements)............................ **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................... **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ........................................ **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan?.................................... **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)............................................................... **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ...................... **4n** | | X | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If "Yes," enter the amount of any plan assets that reverted to the employer this year........................... ☐ Yes  ☒ No   Amount:

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ..... ☐ Yes  ☐ No  ☐ Not determined

| **Part V** | **Trust Information (optional)** |
|---|---|
| **6a** Name of trust | **6b** Trust's EIN |

## SCHEDULE R
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under section 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2014

**This Form is Open to Public Inspection.**

For calendar plan year 2014 or fiscal plan year beginning  01/01/2014  and ending  12/31/2014

**A** Name of plan
FROEDTERT HEALTH, INC. 403(B) PLAN

**B** Three-digit plan number (PN) ▶ 003

**C** Plan sponsor's name as shown on line 2a of Form 5500
FROEDTERT HEALTH, INC.

**D** Employer Identification Number (EIN)
39-2014409

| Part I | Distributions |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions.............................................................................................................................. | **1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):  13-3689044  _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year............................................................................................................... | **3** | 705

| Part II | Funding Information (If the plan is not subject to the minimum funding requirements of section of 412 of the Internal Revenue Code or ERISA section 302, skip this Part) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)?........................ ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived)................................................................ | **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year............................ | **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)............................ | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?........................ ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change?........................ ☐ Yes ☐ No ☐ N/A

| Part III | Amendments |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.................................................................... ☐ Increase ☐ Decrease ☐ Both ☐ No

| Part IV | ESOPs (see instructions). If this is not a plan described under Section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............ ☐ Yes ☐ No

**11 a** Does the ESOP hold any preferred stock?.................................................................................... ☐ Yes ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?........................ ☐ Yes ☐ No

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Schedule R (Form 5500) 2014
v. 140124

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify):

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                   **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)   Contribution rate (in dollars and cents) _____
(2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 58 of 81   Document 16-2

| | | | |
|---|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
| **a** | The current year................................................................................................................ | **14a** | |
| **b** | The plan year immediately preceding the current plan year ............................................... | **14b** | |
| **c** | The second preceding plan year ......................................................................................... | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| **a** | The corresponding number for the plan year immediately preceding the current plan year................ | **15a** | |
| **b** | The corresponding number for the second preceding plan year ................................................. | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| **a** | Enter the number of employers who withdrew during the preceding plan year ............................ | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ............................................................................................................................................... ☐

| Part VI | Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ............................................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

    **a** Enter the percentage of plan assets held as:

        Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

    **b** Provide the average duration of the combined investment-grade and high-yield debt:

        ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

    **c** What duration measure was used to calculate line 19(b)?

        ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

Case 2:20-cv-00893-PP    Filed 09/04/20    Page 59 of 81    Document 16-2

**FROEDTERT HEALTH, INC. 403(b) PLAN**

Financial Statements

Years Ended December 31, 2014 and 2013

**FROEDTERT HEALTH, INC. 403(b) PLAN**

<u>Table of Contents</u>

|  | <u>Page</u> |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 - 2 |
| FINANCIAL STATEMENTS |  |
| Statements of Net Assets Available for Benefits | 3 |
| Statements of Changes in Net Assets Available for Benefits | 4 |
| Notes to Financial Statements | 5 - 16 |
| SUPPLEMENTAL SCHEDULE |  |
| Schedule of Assets (Held at End of Year) | 17 - 18 |



## INDEPENDENT AUDITORS' REPORT

To the Participants and the Plan Administrator
  Froedtert Health, Inc. 403(b) Plan
Milwaukee, Wisconsin

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of Froedtert Health, Inc. 403(b) Plan, which comprise the statements of net assets available for benefits as of December 31, 2014 and 2013, and the related statements of changes in net assets available for benefits for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 4, which was certified by State Street Bank and Trust Company, the Custodian of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the Plan administrator that the Custodian held the Plan's investment assets and executed investment transactions. The Plan administrator has obtained certifications from the Custodian as of December 31, 2014 and 2013, and for the years then ended, that the information provided to the Plan administrator by the Custodian is complete and accurate.



**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental schedule of assets (held at end of year) as of December 31, 2014 is required by the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on the supplemental schedule.

**Report on Form and Content in Compliance With DOL Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedule, other than that derived from the information certified by the Custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Schenck SC*

Certified Public Accountants

Milwaukee, Wisconsin
August 11, 2015

2

# FROEDTERT HEALTH, INC. 403(b) PLAN

## STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS
December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| Investments, at fair value: | | |
| Mutual funds | $ 443,228,148 | $ 385,090,545 |
| Investment contract | 23,828,850 | 21,569,445 |
| Personal choice retirement accounts | 6,391,634 | 4,891,523 |
| Money market account | 487,929 | 269,779 |
| Total investments, at fair value | 473,936,561 | 411,821,292 |
| | | |
| Receivables: | | |
| Notes receivable from participants | 4,676,222 | 4,012,796 |
| Employer contributions | 24,566,201 | 22,381,253 |
| Participant contributions | 1,056,117 | - |
| Other | 4,878 | 2,546 |
| Total receivables | 30,303,418 | 26,396,595 |
| | | |
| Noninterest bearing cash | 295,597 | 340,460 |
| | | |
| Net assets available for benefits | $ 504,535,576 | $ 438,558,347 |

See accompanying notes to financial statements.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 64 of 81   Document 16-2

**FROEDTERT HEALTH, INC. 403(b) PLAN**

STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

Years ended December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| Additions to net assets attributed to: | | |
| Investment income: | | |
| Net appreciation in fair value of investments | $ 18,200,306 | $ 59,546,881 |
| Interest and dividend income | 7,856,347 | 5,629,633 |
| Total investment income | 26,056,653 | 65,176,514 |
| Interest income on notes receivable from participants | 177,093 | 237,767 |
| Contributions: | | |
| Participants | 34,413,631 | 31,570,680 |
| Employer | 24,569,333 | 22,382,892 |
| Rollover | 7,360,470 | 3,957,040 |
| Total contributions | 66,343,434 | 57,910,612 |
| Total additions | 92,577,180 | 123,324,893 |
| Deductions from net assets attributed to: | | |
| Benefits paid to participants or beneficiaries | 29,281,005 | 23,367,682 |
| Administrative expenses | 188,365 | 130,242 |
| Total deductions | 29,469,370 | 23,497,924 |
| Net increase before transfers | 63,107,810 | 99,826,969 |
| Transfers from the Froedtert Memorial Lutheran Hospital / Froedtert Health 403(b) Thrift Plan | 2,869,419 | 1,976,781 |
| Net increase after transfers | 65,977,229 | 101,803,750 |
| Net assets available for benefits: | | |
| Beginning of year | 438,558,347 | 336,754,597 |
| End of year | $ 504,535,576 | $ 438,558,347 |

See accompanying notes to financial statements.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 65 of 81   Document 16-2

## Note 1 - Description of the Plan

The following brief description of the Froedtert Health, Inc. 403(b) Plan (the Plan) provides only general information. Participants should refer to the Plan document for a more complete description of the Plan's provisions.

### (a)  General

The Plan is sponsored by Froedtert Health, Inc. (the Employer or Plan Sponsor) and is a participant-directed ERISA Section 404(c) defined contribution plan. The Plan is a defined contribution plan covering all eligible employees of the Employer and provides employer contributions for the Employer's employees to match Internal Revenue Code Section 403(b) employee salary deferral benefits.  Effective January 1, 2014, the Plan name was changed from Froedtert & Community Health, Inc. 403(b) Plan to Froedtert Health, Inc. 403(b) Plan. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), as amended.

### (b)  Plan Administration

The Employer is the Plan Sponsor of the Plan. Transamerica Retirement Solutions Corporation is the recordkeeper of the Plan. Under a trust agreement with the Plan, State Street Bank and Trust Company is appointed Custodian of the plan assets.

### (c)  Eligibility

All employees are eligible to become a participant in the Plan.  Participants are eligible to receive Employer matching and non-elective contributions for a calendar year for which the employee has completed 1,000 hours of service during the calendar year, is employed by the Employer on December 31 of that calendar year, and is the age of 18 or older. However, an employee that is covered under a collective bargaining agreement between an Employer and employee representatives is not eligible to receive Employer matching and non-elective contributions under the Plan unless the collective bargaining agreement provides for such contributions under the Plan.  Also, certain participants in the Plan who are also participants in the Community Memorial Hospital Retirement Plan do not receive any Employer non-elective contributions under this Plan.

Employees who have a severance from employment during a plan year after attaining age 65 or due to death will be eligible for Employer matching contributions for such plan year regardless of whether the employee was employed on December 31 or if the employee completed 1,000 hours of service during such plan year.  In addition, the 1,000 hours of service and last day of the plan year requirements will be waived for the Employer non-elective contributions for those employees that: (i) have a severance from employment during a plan year at any time after reaching age 65 or due to death, and (ii) completed at least 1,000 hours of service in at least one out of the last six calendar years of the employee's employment with an Employer including the calendar year in which the employee severs employment.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 66 of 81   Document 16-2

**Note 1 - Description of the Plan, Continued**

*(d)   Participant Accounts*

Individual accounts are maintained for each participant of the Plan.  Each participant's account is credited with the participant's contribution and allocations of (a) the company's contributions and (b) net plan earnings.  Participant accounts are charged with an allocation of administrative expenses that are paid by the Plan.  Allocations are based on participant earnings or account balances, as defined.  The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.
.

*(e)   Participant Contributions*

Participants may make pre-tax and/or Roth contributions to the Plan up to 100% of their eligible compensation, not to exceed the IRS limits of $17,500 during the years ended December 31, 2014 and 2013.  Catch up contributions of $5,500 are also available for participants 50 years or older during the years ended December 31, 2014 and 2013.  Total contributions to a participant's combined account cannot exceed the lesser of 100% of wages as defined in the IRC Section 415 or $52,000 and $51,000 for the years ended December 31, 2014 and 2013, respectively.

*(f)   Employer Contributions*

The Employer's contribution is comprised of a matching contribution and the non-elective contribution. The Employer matching contribution is equal to 50% of the first 5% of a participant's deferred contribution into the Plan (which can be either pre-tax or Roth Contribution) up to the maximum of 2.5% of eligible compensation. For certain employees who previously participated in the West Bend Clinic, Inc. 401(k) Plan and who are contributing between at least five percent (5%) and six percent (6%) of their compensation to the Plan, the West Bend Clinic, Inc., in its sole discretion, may make additional matching contributions to the Plan on their behalf for the plan year.  These contributions, if any, will be allocated in a nondiscriminatory manner pursuant to the formula approved by the Employer's Board of Directors at the time such contribution is made.

The Employer also provides a non-elective contribution for each participant based on years of service and the amount of the contribution is determined as follows (except for the exceptions noted below):

|  |  |
|---|---|
| Years of service as of December 31: | |
| 0-10 years | 3.0% |
| 11-15 | 3.5% |
| 16-20 | 4.0% |
| 21-25 | 4.5% |
| 26 and over | 5.0% |

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 67 of 81   Document 16-2

**Note 1 - Description of the Plan, Continued**

Any participant in the Plan who are also participants in the Froedtert Hospital Retirement Plan for Certain Former Milwaukee County Employees will receive an Employer non-elective contribution equal to three percent (3%) of such participant's compensation, regardless of his or her total period of service. Certain participants in the Plan who are also participants in the Community Memorial Hospital Retirement Plan do not receive any Employer non-elective contribution under this Plan.

For certain employees who previously participated in the West Bend Clinic, Inc. 401(k) Plan, West Bend Clinic, in its sole discretion, may make additional Employer non-elective contributions to the Plan on their behalf for the plan year. These contributions, if any, will be allocated in a nondiscriminatory manner pursuant to the formula approved by the West Bend Clinic's Board of Directors at the time such contribution is made.

*(g)* *Vesting*

A participant's account is always 100% vested on their pre-tax, Roth and rollover contributions. The participant's Employer contribution account balances become 100% vested if the participant retires on or after reaching age 65, dies, or becomes disabled. Active employees have a four year vesting schedule as follows: 0% after year one, 33 1/3% after year two, 66 2/3% after year three, and 100% after four years of service.

*(h)* *Forfeitures*

Forfeitures result when participants terminate employment prior to fully vesting in their account. The unvested contributions and related earnings will be forfeited at the earlier of the date of distribution or after a period of five consecutive years of separation from the Employer. Forfeitures of $670,569 and $313,391 were used to reduce the Employer's contributions related to the years ended December 31, 2014 and 2013, respectively.

*(i)* *Investment Options*

Plan participants have the right to direct investments within their account balances among various investment funds offered by Transamerica Retirement Solutions Corporation or into a personal choice retirement account and held by the Custodian, State Street Bank and Trust Company.

*(j)* *Notes Receivable from Participants*

Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50 percent of their vested account balance. The loans are secured by the balance in the participant's account and bear interest at rates ranging from 4.25% to 10.49%, which are commensurate with local prevailing rates as determined by the Plan Sponsor. Principal and interest is paid ratably through bi-weekly payroll deductions.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 68 of 81   Document 16-2

## Note 1 - Description of the Plan, Continued

### (k)  Payment of Benefits

Participants are eligible to receive the vested portion of their accounts upon retirement, disability, death, or termination of employment with the Employer.  Distributions of account balances can be made using the normal method, which is the lump-sum distribution, or the optional method of payment, which are installment payments.  A participant may also elect to receive a partial lump sum payment following his or her termination of employment.

If a participant terminates employment with an Employer and the aggregate value of his or her vested account balance is $5,000 or less, the funding agent will distribute such balances to the participant as soon as practicable following his or her termination.  If the aggregate value of his or her vested account balance is greater than $1,000 and the participant does not elect to have such distribution paid directly to an eligible retirement plan specified by the participant in a direct rollover or to receive the distribution directly, then the Employer will have the account balance distributed in a direct rollover to an individual retirement plan designated by the Employer.

If permitted under the terms of the applicable custodial account agreement or annuity contract, a participant that is still employed by the Employer can:  (i) receive a hardship withdrawal from the portion of his or her account that consists of the participant's pre-tax, Roth and/or rollover contributions to the Plan, (ii) withdraw all or any portion of his or her rollover contributions at any time, and (iii) withdraw all or any portion of his or her vested account balance after having attained age 59½.

## Note 2 - Summary of Significant Accounting Policies

### (a)  Basis of Presentation

The accompanying financial statements have been prepared on the accrual basis of accounting.

Investment contracts held by a defined-contribution plan are required to be reported at fair value. However, contract value is the relevant measurement attribute for that portion of the net assets available for benefits of a defined-contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants would receive if they were to initiate permitted transactions under the terms of the Plan. The Plan invests in an investment contract through a guaranteed pooled fund.  The Statements of Net Assets Available for Benefits would present the fair value of the investment in the investment contract as well as the adjustment of the investment from fair value to contract value relating to the investment contracts. Since contract value approximates fair value at December 31, 2014 and 2013, no adjustments from fair value to contract value were reflected. The financial statements are prepared on a contract value basis for the investment contract.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 69 of 81   Document 16-2

**Note 2 - Summary of Significant Accounting Policies, Continued**

### (b)   Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires the Plan administrator to make estimates and assumptions that affect the reported amounts of assets and liabilities and changes therein, and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

### (c)   Investment Valuation and Income Recognition

The Plan's investments are stated at fair value.  Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The Plan's Investment Committee determines the Plan's valuation policies utilizing information provided by the investment advisors and custodian.  See Note 6 for discussion of the fair value measurements.

Purchases and sales of investments are recorded on a trade date basis.  Interest income is recognized when earned.   Dividends are recorded on the ex-dividend date.   Net appreciation includes the Plan's realized gains and losses on investments bought and sold as well as held during the year.

### (d)   Notes receivable from participants

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Interest income is recorded on the accrual basis. Related fees are recorded as administrative expenses and are expensed when they are incurred.  No allowance for credit losses has been recorded as of December 31, 2014 and 2013.   If a participant ceases to make loan repayments and the Plan Sponsor deems the participant loan to be in default, the participant loan balance is reduced and a benefit payment is recorded.

### (e)   Risks and Uncertainties

The Plan invests in various investment securities.  Investment securities are exposed to various risks such as interest rate, market and credit risks.  Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the Plan's financial statements.

### (f)   Administrative and Investment Expenses

All expenses incurred in the recordkeeping and the custodial administration of the Plan are paid from Plan assets.  All other expenses incurred in the administration of the Plan are paid by the Employer. Certain accounting and other administrative services are provided by the Employer at no charge to the Plan.  Investment related expenses are included in net appreciation of fair value of investments.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 70 of 81   Document 16-2

**Note 2 - Summary of Significant Accounting Policies, Continued**

### (g) Benefit Payments

Benefit payments to participants or beneficiaries are recorded when paid.

### (h) Subsequent Events

The Plan administrator has evaluated events for potential recognition or disclosure in the financial statements through August 11, 2015, the date on which the financial statements were available to be issued.

**Note 3 - Investments**

Separate identification of individual investments at fair value that represent 5% or more of the Plan's net assets as of December 31, 2014 and 2013 is provided as follows:

|  | 2014 | 2013 |
|---|---|---|
| Mutual funds | | |
| T. Rowe Price Retirement 2020 Fund | $ 72,149,835 | $ 65,147,775 |
| T. Rowe Price Retirement 2030 Fund | 49,497,470 | 42,805,598 |
| T. Rowe Price Retirement 2040 Fund | 42,550,133 | 36,415,373 |
| PIMCO Total Return Fund | 33,466,293 | 29,124,026 |
| Wells Fargo Advantage Growth Fund | 29,099,153 | 26,636,876 |
| T. Rowe Price Retirement 2010 Fund | 25,599,993 | 25,695,928 |
| Vanguard Institutional Index Fund | 31,576,199 | 25,273,534 |
| Beacon Large-Cap Value Fund | 29,471,350 | 25,161,269 |

During the years ended December 31, 2014 and 2013, the net appreciation in fair value of the Plan's investments (including gains and losses on investments bought and sold, as well as held during the year) is summarized as follows:

|  | 2014 | 2013 |
|---|---|---|
| Mutual funds | $ 17,587,287 | $ 58,469,221 |
| Investment contract | 394,192 | 385,435 |
| Personal choice retirement accounts | 218,827 | 692,225 |
|  | $ 18,200,306 | $ 59,546,881 |

**Note 4 - Information Certified by the Plan's Custodian**

In accordance with the procedures stated in 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the audit of an independent public accountant need not extend to any statement or information prepared and certified by the Custodian. The Plan Administrator, therefore, has instructed the independent public accountants to exclude the information certified by the Custodian from the scope of their audits.

10

## Note 4 - Information Certified by the Plan's Custodian, Continued

State Street Bank and Trust Company, the Custodian of the Plan, has reported and certified as to the completeness and accuracy of the investment information it provided for purposes of preparing the financial statements and the supplemental schedule related thereto. The Custodian has certified the following as of and for the years ended December 31, 2014 and 2013:

|  | 2014 | 2013 |
|---|---|---|
| Statements of Net Assets Available for Benefits: |  |  |
| Investments, at fair value | $ 473,936,561 | $ 411,821,292 |
| Notes receivable from participants | 4,676,222 | 4,012,796 |
| Statements of Changes in Net Assets<br>Available for Benefits: |  |  |
| Net appreciation in fair value<br>of investments | $ 18,200,306 | $ 59,546,881 |
| Interest and dividends | 7,856,347 | 5,629,633 |
| Interest income on notes receivable<br>from participants | 177,093 | 237,767 |

## Note 5 - Investment contract

Transamerica Financial Life Insurance Company (TFLIC) Guaranteed Pooled Fund (Fund) is a guaranteed pooled separate account offered by Transamerica Retirement Solutions Corporation through a TFLIC group annuity contract. The portfolio of the Fund is maintained separately from TFLIC's general assets. The Fund is carried at contract value in the aggregate, which consists of the fair value of the underlying portfolio, accrued interest on the underlying portfolio assets, the fair value of the contract, and the adjustments to contract value. These adjustments generally represent the contract value less the fair value of the contract, fair value of the underlying portfolio, and accrued interest on the underlying portfolio assets. The contract rate resets annually. The Fund is fully benefit responsive, which means withdrawals from the Fund may be made at contract value for qualifying benefit payments, including participant-directed transfers. Participants can transfer funds from the Guaranteed Pooled Fund to other non-competing investment options. Amounts transferred from the Fund cannot be subsequently transferred to competing funds or withdrawn for 90 days. The fair value of the contract includes the value of the underlying securities and the value of the annuity contract. The fair value of the annuity contract is based on the replacement cost methodology that is the present value of the difference between the replacement contract fee and the current contract fee. The Fund is fully benefit responsive, which means withdrawals of all or a portion of their investment in the Fund may be made at contract value for qualifying benefit payments, including participant-directed transfers. The contract value approximates fair value and the fair value to contract value ratio for the Fund was 101.73% and 100.68% at December 31, 2014 and 2013, respectively.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 72 of 81   Document 16-2

**Note 5 - Investment contract, Continued**

The yield earned by the Fund with an adjustment to reflect the actual declared interest rate credited to participants in the Fund at December 31, 2014 and 2013 was approximately 0.98% and 1.14%, respectively. The Fund's declared rate on December 31, 2014 and 2013 was 1.00% and 1.15%, respectively.

**Note 6 - Fair Value Measurements**

The framework for measuring fair value provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1) and the lowest priority to unobservable inputs (level 3). The three levels of the fair value hierarchy under FASB ASC 820 are described as follows:

Level 1    Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2    Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3    Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

The following is a description of the valuation methodologies used for assets at fair value:

Mutual funds:  Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-end mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily NAV and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 73 of 81   Document 16-2

**Note 6 - Fair Value Measurements, Continued**

Investment contract:  Valued at the net asset value of units held by the Plan at year-end, provided by the administrator of the contract.  The net asset value is based on the quoted market prices of the respective funds' underlying investments, minus its liabilities, and then divided by the number of units outstanding.

Personal choice retirement accounts: Valued at fair value as reported by Charles Schwab for the individual investments reported in the various portfolios subject to the investment adviser's review and approval.

Money market account: Valued at a net asset value per share of $1.

The preceding methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different valuation methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.  There have been no changes in the valuation methodologies used at December 31, 2014 and 2013.

The following table sets forth by level, within the fair value hierarchy, the Plan's major classes of investment assets reported at fair value as of December 31, 2014 and 2013:

|  | Assets at Fair Value as of December 31, 2014 | | | |
|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds: | | | | |
| Targeted lifetime funds | $ 233,555,756 | $        - | $        - | $ 233,555,756 |
| Intermediate-term bond | 33,466,293 | - | - | 33,466,293 |
| Large-cap growth | 29,099,153 | - | - | 29,099,153 |
| Large-cap blend | 31,576,199 | - | - | 31,576,199 |
| Large-cap value | 29,471,350 | - | - | 29,471,350 |
| Foreign small/mid-cap | 23,360,460 | - | - | 23,360,460 |
| Mid-cap growth | 19,082,646 | - | - | 19,082,646 |
| Small-cap Blend | 10,916,151 | - | - | 10,916,151 |
| Small-cap growth | 9,808,411 | - | - | 9,808,411 |
| Moderate allocation | 11,297,240 | - | - | 11,297,240 |
| Money market | 7,482,886 | - | - | 7,482,886 |
| Retirement income | 4,111,603 | - | - | 4,111,603 |
| Total mutual funds | 443,228,148 | - | - | 443,228,148 |
| Guaranteed pooled fund | - | 23,828,850 | - | 23,828,850 |
| Personal choice ret accts | - | 6,391,634 | - | 6,391,634 |
| Money market account | - | 487,929 | - | 487,929 |
| Total investments | $ 443,228,148 | $ 30,708,413 | $        - | $ 473,936,561 |

**Note 6 - Fair Value Measurements, Continued**

| | Assets at Fair Value as of December 31, 2013 | | | |
| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds: | | | | |
| Targeted lifetime funds | $ 201,809,696 | $        - | $        - | $ 201,809,696 |
| Intermediate-term bond | 29,124,026 | - | - | 29,124,026 |
| Large-cap growth | 26,636,876 | - | - | 26,636,876 |
| Large-cap blend | 25,273,534 | - | - | 25,273,534 |
| Large-cap value | 25,161,269 | - | - | 25,161,269 |
| Foreign small/mid-cap | 21,470,213 | - | - | 21,470,213 |
| Mid-cap growth | 15,785,414 | - | - | 15,785,414 |
| Small-cap blend | 10,013,756 | - | - | 10,013,756 |
| Small-cap growth | 9,392,141 | - | - | 9,392,141 |
| Moderate allocation | 9,096,302 | - | - | 9,096,302 |
| Money market | 7,489,781 | - | - | 7,489,781 |
| Retirement income | 3,837,537 | - | - | 3,837,537 |
| Total mutual funds | 385,090,545 | - | - | 385,090,545 |
| Guaranteed pooled fund | - | 21,569,445 | - | 21,569,445 |
| Personal choice ret accts | - | 4,891,523 | - | 4,891,523 |
| Money market account | - | 269,779 | - | 269,779 |
| Total investments | $ 385,090,545 | $ 26,730,747 | $        - | $ 411,821,292 |

The following table summarizes investments measured at fair value based on NAV per share as of December 31, 2014 and 2013:

| Investment Type | Fair value | Unfunded commitments | Redemption frequency | Redemption notice period |
|---|---|---|---|---|
| Investment contract | | | | |
| Transamerica Financial Life Insurance Company Guaranteed Pooled Fund | | | | |
| December 31, 2014 | $ 23,828,850 | n/a | Daily | Daily |
| December 31, 2013 | $ 21,569,445 | n/a | Daily | Daily |

The Fund's principal objective is to protect principal while providing a higher rate of return than shorter maturity investments, such as money market funds or certificates of deposit. To achieve this, the Fund invests in instruments which are not expected to experience significant price fluctuation in most economic or interest rate environments. However, there is no assurance that this objective can be achieved.

14

**Note 7 - Party-In-Interest Transactions**

All transactions between the Plan, the Employer, the participants and their beneficiaries, the investment advisor, and the Custodian are considered party-in-interest transactions. Transactions involving the accounts administered by the Custodian qualify as party-in-interest transactions. Fees incurred by the Plan for the investment management services are included in net appreciation in fair value of investments, as they are paid through revenue sharing, rather than a direct payment. Administrative fees paid to the Custodian were $154,378 and $100,950 for the years ended December 31, 2014 and 2013, respectively, which are not covered by revenue sharing. The Plan allows participants to obtain loans from the Plan, which are also considered party-in-interest transactions. Certain administrative functions are performed by officers or employees of the Employer. No such officer or employee receives compensation from the Plan. These transactions are not, however, considered prohibited transactions under 29 CFR 408(b) of the ERISA regulations.

**Note 8 - Tax Status**

The Internal Revenue Service (IRS) does not have a current program under which the Plan Sponsor can obtain assurance that the Plan document satisfies section 403(b) of the Internal Revenue Code (IRC), other than through a private letter ruling. The Hospital adopted a plan document prior to January 1, 2010 that was intended to satisfy the final regulations under IRC section 403(b). The Hospital intends to submit the Plan to the IRS for a determination letter after the program is formally established by the IRS. The Plan Sponsor and the Plan's tax counsel believe that the Plan is currently designed and being operated in compliance with the applicable requirements of Section 403(b) of the IRC and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt. Therefore, no provision for income taxes has been included in the Plan's financial statements.

Accounting principles generally accepted in the United States of America require Plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan Sponsor has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2014, there are no uncertain positions taken or expected to be taken that would require recognition of a liability or disclosure in the financial statements. The plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

**Note 9 - Plan Termination**

Although it has not expressed any intent to do so, the Plan Sponsor has the right under the Plan to modify, suspend, amend, or terminate the Plan in whole or in part at any time subject to the provisions of ERISA. Upon termination, the Plan Sponsor shall determine whether such accounts are to be immediately distributed, or whether other methods of disposition of the accounts should be used.

Case 2:20-cv-00893-PP    Filed 09/04/20    Page 76 of 81    Document 16-2

**Note 10 - Transfers of Assets**

The Plan Sponsor has an existing frozen plan named the Froedtert Memorial Lutheran Hospital / Froedtert Health 403(b) Thrift Plan.  Participants are allowed to transfer their investment account balances from the Froedtert Memorial Lutheran Hospital / Froedtert Health 403(b) Thrift Plan to the Plan at their discretion.  During the years ended December 31, 2014 and 2013, $2,869,419 and $1,976,781 were transferred into the Plan, respectively.

Case 2:20-cv-00893-PP   Filed 09/04/20   Page 77 of 81   Document 16-2

# FROEDTERT HEALTH, INC. 403(b) PLAN

Schedule H, Line 4i – Schedule of Assets (Held at End of Year)

December 31, 2014

Plan Sponsor:  Froedtert Health, Inc
Plan Sponsor EIN:  39-2014409
Plan Number:  003

| (a) | (b) | (c) | (e) |
|---|---|---|---|
| | Identity of issuer, borrower, lessor, or similar party | Description of investments including interest rate, number of shares, etc. | Current value |

Transamerica Financial Life Insurance Company

    Mutual funds

| | | |
|---|---|---|
| T. Rowe Price Retirement 2020 Fund | 3,483,816.2899 shares | $ 72,149,835 |
| T. Rowe Price Retirement 2030 Fund | 2,150,194.1774 shares | 49,497,470 |
| T. Rowe Price Retirement 2040 Fund | 1,778,851.7076 shares | 42,550,133 |
| PIMCO Total Return Fund | 3,139,427.1101 shares | 33,466,293 |
| Vanguard Institutional Index Fund | 167,362.0537 shares | 31,576,199 |
| Beacon Large-Cap Value Fund | 1,072,855.8435 shares | 29,471,350 |
| Wells Fargo Advantage Growth Fund | 596,905.6983 shares | 29,099,153 |
| T. Rowe Price Retirement 2010 Fund | 1,443,880.0565 shares | 25,599,993 |
| First Eagle Overseas Fund | 1,073,057.3634 shares | 23,360,460 |
| T. Rowe Price Mid-Cap Growth Fund | 252,951.2946 shares | 19,082,646 |
| T. Rowe Price Retirement 2050 Fund | 876,234.5277 shares | 11,750,305 |
| Income Funds of America | 524,233.8915 shares | 11,297,240 |
| Columbia Small-Cap Fund | 621,294.8993 shares | 10,916,151 |
| Baron Small-Cap Fund | 294,458.4462 shares | 9,808,411 |
| T. Rowe Price Retirement 2035 Fund | 578,061.4407 shares | 9,630,504 |
| T. Rowe Price Retirement 2025 Fund | 569,076.0626 shares | 8,940,185 |
| Transamerica Partners Institutional Money Market Fund | 743,567.1423 shares | 7,482,886 |
| T. Rowe Price Retirement 2045 Fund | 465,291.2510 shares | 7,444,660 |
| T. Rowe Price Retirement Income Fund | 277,062.2033 shares | 4,111,603 |
| T. Rowe Price Retirement 2015 Fund | 234,309.6543 shares | 3,390,461 |
| T. Rowe Price Retirement 2055 Fund | 177,608.0056 shares | 2,363,963 |
| T. Rowe Price Retirement 2005 Fund | 18,326.6851 shares | 238,247 |
| | | 443,228,148 |

    Investment contract

| | | |
|---|---|---|
| Transamerica Financial Life Insurance Company Guaranteed Pooled Fund | | 23,828,850 |

17

# FROEDTERT HEALTH, INC. 403(b) PLAN

Schedule H, Line 4i – Schedule of Assets (Held at End of Year)

December 31, 2014

Plan Sponsor:  Froedtert Health, Inc.
Plan Sponsor EIN:  39-2014409
Plan Number:  003

| (a) | (b) Identity of issuer, borrower, lessor, or similar party | (c) Description of investments including interest rate, number of shares, etc. | (e) Current value |
|---|---|---|---|
| | Transamerica Financial Life Insurance Company | | |
| | Personal choice retirement accounts | | |
| | Personal Choice Retirement Accounts - Charles Schwab | | 6,391,634 |
| | Money market account | | |
| * | Cash reserve account | | 487,929 |
| | Participant notes receivable | | |
| * | Participant loans | Promissory notes, interest rates of 4.25% to 10.49% | 4,676,222 |
| | Total | | $    478,612,783 |

\*   Represents a party-in-interest to the Plan.

Cost information omitted for participant-directed investments.

18

**Froedtert & Community Health, Inc. 403(b) Plan**
**EIN No.: 39-2014409, Plan No. 003**
**Plan Year Ending: 12/31/2014**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| AMERICAN BEACON | AMERICAN BEACON LRGE CP VAL IN | 1/1/2014 | 12/31/2014 | 39.024 | 0.976 |
| AMERICAN FUNDS | AMERICAN INC FND OF AMERICA R4 | 1/1/2014 | 12/31/2014 | 34.146 | 0.854 |
| BARON | BARON SMALL CAP FUND | 1/1/2014 | 12/31/2014 | 39.024 | 0.976 |
| COLUMBIA | COLUMBIA SMALL CAP VALUE II, Z | 1/1/2014 | 12/31/2014 | 39.024 | 0.976 |
| FIRST EAGLE | FIRST EAGLE OVERSEAS | 1/1/2014 | 12/31/2014 | 39.024 | 0.976 |
| PIMCO | PIMCO TOTAL RETURN,ADMIN CLASS | 1/1/2014 | 12/31/2014 | 27.317 | 0.683 |
| T ROWE PRICE | T  ROWE PRICE RETIREMENT 2020 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| T ROWE PRICE | T. ROWE PRICE MID-CAP GROWTH | 1/1/2014 | 12/31/2014 | 14.634 | 0.366 |
| WELLS FARGO | WELLS FARGO ADV GRWTH FD ADM | 1/1/2014 | 12/31/2014 | 34.146 | 0.854 |

**Froedtert & Community Health, Inc. 403(b) Plan**
**EIN No.: 39-2014409, Plan No. 003**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending: 12/31/2014**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE | |
|---|---|---|---|---|
| * | State Street Bank & Trust Co. | Cash Reserve Account | $ | 783,526 |
| | | **Cash Reserve Total** | **$** | **783,526** |
| | | | | |
| | Transamerica Financial Life Ins. Co. | Guaranteed Pooled Fund (Unbundled) | $ | 23,828,850 |
| | | **Separate Account Total** | **$** | **23,828,850** |
| | | | | |
| | Transamerica Partners Funds Group | Transamerica Partners Instl Money Market | $ | 7,482,886 |
| | PIMCO | PIMCO Total Return Admin | $ | 33,466,293 |
| | Baron | Baron Small Cap Retail | $ | 9,808,411 |
| | T. Rowe Price | T. Rowe Price Mid Cap Growth | $ | 19,082,646 |
| | American Funds | American Funds Income Fund of America R4 | $ | 11,297,240 |
| | American Beacon | American Beacon Large Cap Value Inv | $ | 29,471,350 |
| | Columbia | Columbia Small Cap Value II Z | $ | 10,916,151 |
| | T. Rowe Price | T. Rowe Price Retirement Income | $ | 4,111,603 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 25,599,993 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 72,149,835 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 49,497,470 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 42,550,133 |
| | First Eagle | First Eagle Overseas A | $ | 23,360,460 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 238,247 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 3,390,461 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 8,940,185 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 9,630,504 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 7,444,660 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 11,750,305 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 2,363,963 |
| | Wells Fargo | Wells Fargo Advantage Growth Adm | $ | 29,099,153 |
| | Vanguard | Vanguard Instl Index | $ | 31,576,199 |
| | | **Mutual Fund Total** | **$** | **443,228,148** |
| | | | | |
| | Charles Schwab Institutional | Personal Choice Retirement Account (Other Funds) | $ | 6,391,634 |
| | | **Personal Choice Total** | **$** | **6,391,634** |
| | | | | |
| * | Participants | Notes Receivable with interest rates of 4.25% to 10.49% | **$** | **4,676,222** |
| | | | | |
| | | **TOTAL PLAN ASSETS** | **$** | **478,908,380** |

* Indicates Party-In-Interest to the Plan