UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

NITISH S. BANGALORE, *et al.*,

       Plaintiff,

v.

FROEDTERT HEALTH, INC., THE BOARD
OF DIRECTORS OF FROEDTERT HEALTH,
INC., and FROEDTERT HEALTH, INC.
BENEFIT PLAN COMMITTEE,

       Defendants.

Case No. 2:20-cv-00893

Hon. Pamela Pepper

---

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

---

**Exhibit 1 – 2014-2019 Form 5500 Annual Reports for the Froedtert Health, Inc. 403(b) Plan (Excerpts)**

**Exhibit 2 – 2019 Froedtert Health, Inc. 403(b) Fee Disclosures**

**Exhibit 3 – 2018 Form 5500 Annual Reports for Comparator Plans Identified by Plaintiff (Excerpts)[1]**

**Exhibit 4 – 2020 Prospectus for American Beacon Large Cap Value Fund**

**Exhibit 5 – Froedtert Health, Inc. 403(b) Plan Document and Adoption Agreement**

**Exhibit 6 – Form 5500 Search Results for Comparable Plans**

**Exhibit 7 – Prospectuses for T. Rowe Price Retirement 2015 Fund and Vanguard Target Retirement Funds**

---

[1] Due to the size of the Form 5500 documents, Defendants have not provided only the relevant portions of the exhibits.